**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

—————

**No. 97-6007**

—————

ELTON HOLMES,

Plaintiff - Appellant,

versus

C. SCOTT, Head Counselor; L. PERKINS, Coun-
selor; P. MELVIN, Counselor; E. L. PEADSON,
Warden,

Defendants - Appellees.

—————

Appeal from the United States District Court for the Eastern Dis-
trict of Virginia, at Richmond.  David G. Lowe, Magistrate Judge.
(CA-96-193-3)

—————

Submitted:  April 17, 1997          Decided:  April 30, 1997

—————

Before NIEMEYER and WILLIAMS, Circuit Judges, and BUTZNER, Senior
Circuit Judge.

—————

Affirmed by unpublished per curiam opinion.

—————

Elton Holmes, Appellant Pro Se.  Pamela Anne Sargent, Assistant
Attorney General, Richmond, Virginia, for Appellees.

—————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals the magistrate judge's order[*] denying relief on his 42 U.S.C. § 1983 (1994) civil complaint and motion for reconsideration under FED. R. CIV. P. 59(e). We have reviewed the record and the magistrate judge's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the magistrate judge. <u>Holmes v. Scott</u>, No. CA-96-193-3 (E.D. Va. Nov. 6 & 22, 1996). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

---

[*] Both parties consented to the jurisdiction of the magistrate judge pursuant to 28 U.S.C. § 636(c) (1994).

2